```
                    UNITED STATES DISTRICT COURT
                            FOR THE
                      DISTRICT OF VERMONT
```

| | |
|---|---|
| United States of America     : | |
| : | |
| v.                           : | Docket No. 2:01-CR-135 |
| : | |
| Beverly Holland              : | |

                                ORDER

     The Report and Recommendation of the United States Magistrate Judge was filed October 16, 2013.  After careful review of the file and the Magistrate Judge's Report and Recommendation, no objections having been filed by any party, this Court ADOPTS the Magistrate Judge's recommendations in full for the reasons stated in the Report.

     Holland's motion to vacate, correct or set aside the judgment (Doc. 99) is **DENIED**.

     Pursuant to Fed. R. App. P. 22(b), a certificate of appealability is DENIED because the petitioner has failed to make a substantial showing of denial of a federal right.  Furthermore, the petitioner's grounds for relief do not present issues which are debatable among jurists of reasons, which could have been resolved differently, or which deserve further proceedings.  See e.g., Flieger v. Delo, 16 F.3rd 878, 882-83 (8th Cir.) cert. denied, 513 U.S. 946 (1994); Sawyer v. Collins, 986 F.2d 1493, 1497 (5th cir.), cert. denied, 508 U.S. 933 (1993).

                                  1

Furthermore, it is certified that any appeal taken *in forma pauperis* would not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

THIS CASE IS CLOSED.

Dated at Burlington, in the District of Vermont, this 5th day of November, 2013.

/s/ William K. Sessions III
William K. Sessions III
U.S. District Court Judge
